

FILED by ____ D.C.

JAN 06 2011

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. -- MIAMI

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## AT MIAMI

David Pitchford
     Plaintiff

vs

Julian Assange
indvidually and as Founder of
Wikileaks

and

Wikileaks
     Defendantsentity

### COMPLAINT

    NOW COMES the Plaintiff, David Pitchford, and would state and show the following as a cause of action to wit:

    1. That the Plaintiff is a natural citezen of the United States of America and a Resident of Miami Florida;

    2. That the Defendant Julian Assange is a Natural Citezen of Austrailia currently residing in Great Britain by no choice of his own yet, resides no where and operates everyplace including the United States of America;

    3. That the Defendant's Wikileaks operates by and through Assange in the United States of America both financially and in principle;

    4. That the amount of contrivercy exceeds seventy five thousand dollors, ($75,000);

    5. That jurisdiction of this cout is invoked by virtue of diversity of Citezenship;

6. That Defendants claim to operate a journalism entity protected by the free speech clause of the first amendment of the United   States Constitution; Thus claiming citezship of the United States of America.

7. That after exhaustive research the Defendants have no known association with any known jourlism entity with the exception of that which is self proclaimed

8. That the Defendants either jointly severally caused to be released thousands of documents that are sensitive as to how the United States conducts securing the safety of the populus of the United States including and not limited to the Plaintiff;

9. That the above described release of documents was NEGLIGENT and indangered the Plaintiff as well as every person of the United States; and the enire planet,

10. That said NEGLIGENCE constitutes TREASON againsst the USA of which the Plaintiff is a citezen, as defined by the U. S. Constitution

11. That said NEGLIGENCE constitutes INTNTIONAL INFLICTION of EMOTIONAL DISTRESS' as well as NEGLIGENT INFFLICTION of EMOTIONIAL DISTRESS;

12. That not only are the Defendants guilty of NEGLEGENCE; DEFENDANTS are guilty of TERORISM, ESPIONAGE and TREASON;

13. That as a resullt of the NEGLIGENCE, INTENTIONAL and NEGLEGENT INFFLICTION of EMOTIONAL DESTRESS, as alleged herein, the Plaintiff has suffered serious personan injury,

> A. A worsening of Plaintiffs hyper tention;
> B. A worsening of Plaintiffs depression;
> C, A Worsenig of Plaintiff's Stress;
> D. Living in constant fear of being stricken
>    by another heart attack and or stroke
>    as a result of the foregoing;
> E. In fear of being on the brink of Nucliar WAR

14. That in addition to the foregoing the Plainiff wom is disabled fears that the cost to correct the deliberate damage to the United States of America willl diminish the Medicaid benifits that the Plainiff Depennds apon for health care in that the United States is Out of money;

15. That said injuries are a direct proximate result of Defendant's WILLFUL CONDUCT, NEGLIGENCE, TERORISM, TREASON and ESPIONAGE acts;

16. That the Defendants either jointly or severally are negociating book deal in excess of one million dollors, ($1,000,000.00);

17. That the Defendants should not be allowed prosper from tortorious and illegal acts;

18. That this Court must seize all assets and funds, including and not limited to the book deal money mentioned herein, that would further allow the Defendants to further injur the Plaintiff until this cause is brought to fruision;

19. That the Plaintiff would RESPECTFULLY DEMAND one hundred million dollors, ($100000,000.00) as compensitory damages and fifty million dollors, (500,000.00) as punitive damages, plus the cost of these procedings;

20. Additionally the Plaintiff would request that this Honorable Court enter an INJUNCTION Injoing the Defendants from releasing any more United States dockuments that would further harm the Plaintiff;

## PRAYER

WHEREFOR the Plaintiff PRAYS that this Honorable Court enters Judgement against the Defendants, either jointly oseverally in the amount of one hundred and fifty million dollors, ($150,000,000.00) as compensetory and punitive damages, and enter an INJUNCTION injoining the Defendants from releasing any more UnitedStates dockuments, and sieze any funds, including and not limited to funds advanced for a book, for all of the foregoing reasons.

Resprctfully Submitted

David Pitchford, Pro Se

David Pitchford
1213 14th Street Lot
Key West Florida 33040
Stadium Trailer Park
305-834-0607