```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 1
Receipt Number: FLS100012178
Cashier ID: vthomas
Transaction Date: 01/06/2011
Payer Name: DAVID PITCHFORD
-----------------------------------
CIVIL FILING FEE
 For: DAVID PITCHFORD
 Case/Party: D-FLS-1-11-CV-020047-001
 Amount:         $350.00
-----------------------------------
CASH
 Amt Tendered:  $350.00
-----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:      $0.00
```

Returned check fee $45

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.