IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
AT MIAMI

David Pitchford,	case No. 1.11-cv-200447-MGC

    Plaintiff

vs.

Julian Assange,
individually and as Founder of
WikiLeaks and its entities,

and

The Associated Press

    Defendants.



## Motion to Amend

    NOW COMES the Plaintiff, David Pitchford, and would move this Honorable Court to Amend the original complaint in this cause for the following reasons, to wit;

1. That if for no other reason the court should allow the Plaintiff, to amend the original complaint so as to correct spelling; so as not to appear the village idiot!

2. That the Plaintiff, would amend to include The Associated Press, in agency as a Defendant;

3. That the Plaintiff, believes and so allege that the Defendants, WikiLeaks, and founder Julian Assange, as an agent of the Associated Press has done great harm to Plaintiff, and The United States of America;

4. That the Plaintiff, would adopt and affirm the original complaint as if set out word for misspelled word;

**SCANNED**

## PRAYER

WHEREFORE, the Plaintiff, PRAYS that this Honorable Court would grant leave to amend the original complaint.

Respectfully Submitted,

David Pitchford, Pro Se

David Pitchford
1213 14th Street Lot
Key West, Florida  33040
305-834-0607