IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
AT MIAMI

FILED by __NL__ D.C.

MAR 30 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

David Pitchford,

      Plaintiff

vs.

Julian Assange,
individually and as Founder of
WikiLeaks and its entities,

and

The Associated Press

      Defendants.

case No. 1.11-cv-20047-MGC

## Amended Complaint

1. That the Plaintiff, would adopt and affirm the original complaint as if set out herein word for misspelled word;

2. That the Plaintiff, David Pitchford, is a natural citizen of the United States of America and a resident of Miami, Florida;

3. That the Defendant, Julian Assange, is a natural citizen of Australia, currently residing in Great Britian by no choice of his own; yet, resides nowhere and operates everywhere including the United States of America;

4. That the Defendant, WikiLeaks and its entities, operated by and through Assange in the United States of America both financially and in principle;

5. That Defendant, The Associated Press is headquerted in New York, New York;

6. That the amount of controversy exceeds seventy-five thousand dollars ($75,000.00);

7. That jurisdiction of this court is invoked by virtue of diversity of Citizenship;

8. That the Defendants, Julian Assange and WikiLeaks, claim to operate a journalism entity protected by the free speech clause of the First Amendment of the United States Constitution, thus claiming citizenship of the United States of America;

9. That after exhaustive research, the Defendants have no known association with any known journalism entity with the exception of The Associated Press;

10. That Defendant, The Associated Press, Negligently abled WikiLeaks, to publish stolen documents and is guilty as Defendant, WikiLeaks, of resulting damage and that Defendant, WikiLeaks, operates as an agent of The Associated Press without which there would be no WikiLeaks, and did so to sell press;

11. That the Defendants, either jointly or severally, caused to be released thousands of documents that are sensitive as to how the United States conducts securing the safety of the populous of the United States including, but not limited to, the Plaintiff;

12. That the above described release of documents was NEGLIGENT and endangered the Plaintiff, as well as every person of the United States and the entire planet;

13. That said NEGLIGENCE constitutes TREASON against the United States of America, of which the Plaintiff is a citizen, as defined by the U.S. Constitution;

14. That said NEGLIGENCE constitutes INTENTIONAL INFLICTION of EMOTIONAL DISTRESS, as well as NEGLIGENT INFLICTION of EMOTIONAL DISTRESS;

15. That not only are the defendants guilty of NEGLIGENCE, Defendants are guilty of TERRORISM, ESPIONAGE, and TREASON;

16. That as a result of the NEGLIGENCE, INTENTIONAL and NEGLIGENT INFLICTION of EMOTIONAL DISTRESS, as alleged herein, the Plaintiff, has suffered serious personal injury,

    A. A worsening of the Plaintiff's hypertension;
    B. A worsening of the Plaintiff's depression;
    C. A worsening of the Plaintiff's stress;

    D. Living in constant fear of being stricken by another heart attack and/or stroke as a resuilt of the foregoing
    E. Living in fear of being on the brink of Nuclear War;

17. That in addition to the foregoing, the Plaintiff, who is disabled, fears that the cost to correct the deliberate damage to the United States of America will diminish the Medicaid benefits that the Plaintiff depends upon for health care in that the United States is out of money;

18. That said injuries are a direct proximate result of the Defendant's WILLFUL CONDUCT, NEGLIGENCE, TERRORISM, TREASON and ESPIONAGE acts;

19. That the Defendants, either jointly or severally, are negotiating a book deal(s) valued in excess of one million dollars ($1,000,000.00);

20. That the Defendants should not be allowed to prosper from tortuous and illegal acts;

21. That this Court must seize all assets and funds, including and not limited to the book deal money mentioned herein, that would further allow the Defendants to further injure the Plaintiff until this cause is brought to fruition;

22. That the Plaintiff would RESPECTULLY DEMAND one hundred million dollars ($100,000,000.00) as compensatory damages and fifty million dollars ($50,000,000.00) as punitive damages, plus the cost of these proceedings;

23. Additionally, the Plaintiff would request that this Honorable Court enter an INJUNCTION injoining all of the Defendants from releasing any more United States documents that would further harm the Plaintiff.

## PRAYER

WHEREFORE, the Plaintiff PRAYS that this Honorable Court enters a Judgment against the Defendants, either jointly or severally, in the amount of one hundred and fifty million dollars ($150,000,000.00) as compensatory and punitive damages, and enter an INJUNCTION injoining the Defendants from releasing any more United States documents; and sieze any funds, including and not limited to funds advanced for a book, for all the foregoing reasons.And would respectfully demand trial by jury.

Respectfully Submitted,

David Pitchford, Pro Se

David Pitchford
1213 14th Street Lot
Key West, Florida 33040
305-834-0607