UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20047-Civ-COOKE/BANDSTRA

DAVID PITCHFORD,

    Plaintiff
vs.

JULIAN ASSANGE, *et al.*,

    Defendants.
_____/

## ORDER OF INSTRUCTIONS TO *PRO SE* LITIGANTS

**THIS MATTER** is before the Court upon an independent review of the record. *Pro se* litigants, like all litigants, must comply with the rules of civil procedure and the Court's orders. It is therefore **ORDERED** that the *pro se* Plaintiff shall comply with all Federal Rules of Civil Procedure and Local Rules for the Southern District of Florida. The Local Rules can be obtained from the Clerk of the Court. Failure to comply with the federal and local rules may result in sanctions being imposed against the *pro se* litigant. Some of the requirements of these rules are as follows:

    1. Every pleading, motion, memorandum or other paper required and/or permitted to be filed with the Court must be filed directly to the Clerk of the Court. No letters, pleadings, motions or other documents may be sent directly to the District Judge or Magistrate Judge's chambers. Any papers improperly delivered directly to chambers will be returned and disregarded by the Court.

    2. All papers filed must include the case style, case number, and appropriate title in the format required by the Local Rules. *See Sample Form Following Local Rule 5.1*. The signature block of each pleading must also contain the *pro se* litigant's name, address and telephone

number.

3. All papers filed with the Clerk of Court must also be served on the opposing counsel, or the opposing side if the opposing side is not represented by counsel. Each filing must include a certificate of service indicating the name and address of the attorney served. If a *pro se* plaintiff cannot serve the complaint on a defendant due to lack of information, the case will be dismissed with respect to that defendant.

4. Litigants must ***promptly*** notify the Court of any change in address by filing a "Notice of Change of Address," which also must be served on opposing counsel. Failure to promptly notify the Court of any change in address may result in dismissal of the case for lack of prosecution.

5. Motions to Dismiss and Motions for Summary Judgment are dispositive motions that, if granted, could resolve the case in its entirety. A *pro se* litigant who wishes to oppose these motions must respond in writing within the time periods provided by the rules of procedure.

6. Any litigant and his or her family, friends, or acquaintances may not call any Judge's chambers for legal advice about the case. Brief case status information contained on the docket sheet may be available from the Clerk of Court.

7. A *pro se* plaintiff bears responsibility for actively pursuing his or her case and must obtain any essential discovery, file all necessary pleadings and motions, comply with all scheduling orders, and prepare the case for trial.

**DONE and ORDERED** in chambers at Miami, Florida, this 31st day of March 2011.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Ted E. Bandstra, U.S. Magistrate Judge*

David Pitchford
Stadium Trailer Park
1213 14th Street Lot
Key West, Florida 33040

*Counsel of record*